In re American Cities Hotel Corporation, appellee, v. Leon E. Stanhope, intervening petitioner, appellant. Gen. No. 25,677.

Petition for a mechanic's lien. Dismissed. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Walter H. Eckert and Warren B. Buckley, for appellant. Adams, Childs, Bobb & Wescott, for appellee; Dwight S. Bobb and Esther A. Dunshee, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Louis Geyler Company, appellant, v. Adelaide Chapman Baker and Francis A. Baker, appellees. Gen. No. 25,689.

Action in replevin for an automobile. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. A. D. Morgan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920. Rehearing denied December 13, 1920.

Jacob G. Grossberg, for appellant. Charles R. Napier, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Tony Jeffery, plaintiff in error. · Gen. No. 25,809.

Conviction on charge of contributing to delinquency of child. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed November 30, 1920.

A. J. Muffoletto and Eugene C. O'Reilly, for plaintiff in error. Maclay Hoyne, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois for use of M. Drawert, appellee, v. Anton J. Cermak and United States Fidelity & Guaranty Company, appellants. Gen. No. 25,957.

Action in debt upon an official bond. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Harry G. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed November 30, 1920.

Otto C. Rentner, for appellants. Charles Hudson, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Continental & Commercial National Bank of Chicago, defendant in error, v. Samuel Kersten, plaintiff in error. Gen. No. 25,398.

Action on a note. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Samuels & Samuels, for plaintiff in error; Arthur C. Bachrach, of counsel. Mayer, Meyer, Austrian & Platt, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.